# UNITED STATES DISTRICT COURT
# MIDDLE DISRICT OF FLORIDA
# FORT MYERS DIVISION

**ROBERT CARNEY,**
    **Plaintiff,**

**vs.**

**CASE NO. 2:23-cv-00746-SPC-NPM**

**PHILADELPHIA INDEMNITY INSURANCE CO.,**
    **Defendant.**

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Robert Carney and Defendant, Philadelphia Indemnity Insurance Company, hereby file this Joint Notice of Settlement to advise the Court that the parties met, conferred, and arrived at a mutually agreeable resolution of all claims contained within the pleadings. The Parties respectfully request the Court enter a sixty (60) day conditional order of dismissal to finalize and conclude the terms of the settlement, saving jurisdiction over this matter to reinstate should settlement not be perfected. Upon completion of settlement, the parties shall file a Joint Stipulation of Dismissal with Prejudice within fourteen (14) days.

Dated: May 9, 2024.

Respectfully submitted,

**NIELSEN & TREAS, LLC**

*/s/ John A. Unzicker, Jr.*
John A. Unzicker, Jr.
FLBA No. 320366
3838 North Causeway Blvd.
Suite 2850
Metairie, Louisiana 70002
P: 504-837-2500;
F: 504-603-0730
Email: junzicker@nt-lawfirm.com
*Counsel for Defendant, Philadelphia Indemnity Insurance Company*

And

By: */s/ Daniel A. Norton*
**Daniel A. Norton, Esq.**
Florida Bar No. 044611
Kanner & Pintaluga, P.A.
925 S. Federal Hwy, 6th Floor
Boca Raton, FL 33432
Tel: 561-892-9956
dnorton@kpattorney.com
Firstpartyservice@kpattorney.com
vpescador@kpattorney.com
*Counsel for Plaintiff, Robert Carney*